Court of Criminal Appeals of Tx.
P.O. Box 12308
Capitol Station
Austin, Tx. 78711

8-22-15

RE: - Irvin Hollis Ferree v. THE STATE of TEXAS - COA#14-12-00286-CR - TC# 1292038 -

Dear Mr. Acosta

Can you please update me on my appeal That is Still Pending in My Cause number listed above.

Thank you for your time and assistance in this matter,

Sincerely,

Irvin Hollis Ferree #1776804
Michael Unit
2664 FM 2054
Tennessee Colony, Tx. 75886

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 01 2015

Abel Acosta, Clerk

CC: FILE